GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502

Attorney for Defendant
GAIL FARBOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR 11-0755 SBA |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PLEA AND SENTENCING HEARING DATE** |
| vs. | |
| GAIL FARBOD, | |
| Defendant. | |

Plaintiff, by and through its attorney of record, Stephen Corrigan, and defendant, by and through her attorney, Gail Shifman, hereby stipulate and ask the Court to find as follows:

1.  That the parties are currently scheduled for an entry of plea and sentencing hearing date of March 16, 2012 at 10:00 a.m.  The parties had initially been set for plea and sentencing on March 14, 2012 at 10:00 a.m. however that date was continued by Clerk's Notice.  Defense counsel is unavailable on March 16, 2012 as she will be out of state on a previously scheduled teaching assignment at the National Association of Criminal Defense Lawyer's (NACDL) White Collar College at Stetson University.

STIPULATION & [PROPOSED] ORDER
CONTINUING PLEA & SENTENCING HEARING                                          1

2. That the parties request that the Court vacate the March 16, 2012 plea and sentencing date and continue it until March 29, 2012 at 10:00 a.m., a date that is available for the parties and the probation officer, J.D. Woods.

Dated: March 6, 2012                    _____/s/_____
                                        Stephen Corrigan
                                        Assistant United States Attorney

Dated: March 6, 2012                    _____/s/_____
                                        Gail Shifman
                                        Attorney for Defendant Gail Farbod

## [PROPOSED] ORDER

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING,

IT IS ORDERED That the March 16, 2012 plea and sentencing hearing date shall be vacated and continued until March 29, 2012 at 10:00 a.m.

Dated: March _7_, 2012

_Saundra B. Armstrong_
United States District Judge

STIPULATION & [PROPOSED] ORDER
CONTINUING PLEA & SENTENCING HEARING                                          2